UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KUANG-BAO P. OU-YOUNG,<br><br>        Plaintiff,<br><br>   v.<br><br>BRUCE IVES, et al.,<br><br>        Defendants. | Case No.   14-mc-80335-BLF<br><br>**ORDER DENYING LEAVE TO FILE COMPLAINT**<br><br>[Re: ECF 1] |

*Pro se* plaintiff Kuang-Bao P. Ou-Young has been declared a vexatious litigant who must obtain leave of court before filing certain types of lawsuits, including those "alleging any violations of the federal criminal statutes, pursuant to 18 U.S.C. § 1512(b), 18 U.S.C. § 1512(c), and 18 U.S.C. § 371, and the FTCA, codified at 28 U.S.C. §2671 *et seq.*" *See* Order Granting United States' Mot. to Dismiss and Declaring Plaintiff a Vexatious Litigant ("Vexatious Litigant Order"), ECF 40 in Case No. 3:13-cv-04442-EMC.

Before the Court is Plaintiff's proposed complaint, dated December 8, 2014, against defendants Bruce Ives and F. Joseph Warin, alleging violations of 18 U.S.C. § 1512. *See* Compl., ECF 1.  This complaint is identical to an earlier complaint submitted by Plaintiff, dated December 4, 2014, that the Court reviewed and determined to be barred by Judge Chen's pre-filing order. *See* Order Denying Leave to File Complaint, ECF 2 in Case No. 5:14-mc-80332-BLF.  For the reasons stated in that order, which is attached here, the Court DENIES leave to file the complaint.

**IT IS SO ORDERED.**

Dated: December 15, 2014

                                                                                       _____
                                                                                       BETH LABSON FREEMAN
                                                                                       United States District Judge